BB
AO 91 (Rev. 11/11) Criminal Complaint

2026R00029

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No.  26-mj-95 (DJF) |
| JOSE ALBERTO RAMIREZ | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 15, 2026, in the State and District of Minnesota, defendant JOSE ALBERTO RAMIREZ did knowingly transmit, in interstate and foreign commerce, communications via a cellphone consisting of text messages and a voicemail containing threats to injure the person of another, namely Victim A, a Federal law enforcement officer, with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

_____
*Complainant's signature*

Christopher Potts, Special Agent, FBI
_____
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (FaceTime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date:    January 28, 2026
_____

_____
*Judge's Signature*

City and State:  Minneapolis, MN

Dulce J. Foster
United States Magistrate Judge
_____
*Printed Name and Title*