26cr42
DWF/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 875(c) |
| v. | ) |
| JOSE ALBERTO RAMIREZ,<br>a/k/a JOSE ALBERTO RAMIREZ, JR., | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Interstate Transmission of a Threat to Injure the Person of Another)

On or about January 15, 2026, at the approximate times listed below, in the State and District of Minnesota, the defendant,

**JOSE ALBERTO RAMIREZ**,
a/k/a **JOSE ALBERTO RAMIREZ, JR.**

did knowingly transmit, in interstate and foreign commerce, communications consisting of text and voicemail messages, from a cellular telephone to the cellular telephone of Victim A, containing a threat to injure the person of another, namely, Victim A and Victim A's family members, to wit:

| Time | Communication |
|---|---|
| 6:01 a.m. | What up [Victim A's First Name]? You bitch ass nigga. Your day will come nigga. Bitch ass nigga. |
| 6:02 a.m. | [Victim A's Full Name], Yahahahahhahaha bitch ass nigga. I know where your mom lives bro. And your dad. And your kids, buddy. |
| 6:03 a.m. | Get home safe and fast. |


SCANNED
FEB 12 2026
U.S. DISTRICT COURT MPLS

United States v. Jose Alberto Ramirez

with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

| _____ | _____ |
| --- | --- |
| UNITED STATES ATTORNEY | FOREPERSON |